

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:26-CR-00009
     18 U.S.C. § 922(a)(6)
     18 U.S.C. § 924(a)(2)

ISAIAH LEVI CREASEY

## INFORMATION

The United States Attorney charges:

On or about January 25, 2025, at or near South Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant ISAIAH LEVI CREASEY, in connection with the acquisition of a firearm, specifically, a Glock, model 19X, 9mm-caliber pistol, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to defendant ISAIAH LEVI CREASEY under Chapter 44 of Title 18, to wit: defendant ISAIAH LEVI CREASEY did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect

that defendant ISAIAH LEVI CREASEY represented that he was the actual buyer of the firearm indicated on the Form 4473, when in fact, as defendant ISAIAH LEVI CREASEY then knew, he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

                                      UNITED STATES OF AMERICA

                                      MOORE CAPITO
                                      United States Attorney

By: _____
     LESLEY SHAMBLIN
     Assistant United States Attorney